PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
DARE LAW, State Bar No. 155714
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-4925 telephone
(213) 894-2603 facsimile
Email: Dare.Law@*usdoj.gov*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| | |
|---|---|
| In re: | Case No.: 2:15-bk-25600-TD |
| Sabor Hispano LLC, | Chapter 11 |
| Debtor. | NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following Three (3) creditors to serve on the Committee of Creditors holding unsecured claims:

SEE ATTACHED EXHIBIT A

DATED: Dec 9, 2015

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: _____
Jill M. Sturtevant
Assistant United States Trustee

1

# EXHIBIT A

| | |
|---|---|
| 1 | **EXHIBIT "A"** |
| 2 | In re: Sabor Hispano LLC; 2:15-bk-25600-TD |

| | |
|---|---|
| State Fish Co., Inc.<br>c/o R. Todd Neilson, Chapter 11 Trustee<br>2049 Century Park East, #2525<br>Los Angeles, CA 90067<br>Telephone: (310) 499-4750<br>E-mail: TNeilson@thinkbrg.com | Counsel for Creditor R. Todd Neilson on behalf of State Fish<br>Klee Tuchin, Bogdanoff Aid Stern, LLP<br>Attn: Jonathan M. Weiss<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 407-4000<br>E-mail: jweiss@ktbslaw.com |
| AMZ Packaging, Inc.<br>Attn: Arthur Shapiro<br>P.O. Box 58172<br>Vernon, CA 90058<br>Telephone: (323) 584-6656<br>E-mail: Ashapiro@AMZPKG.com | |
| Sergio Noches, President<br>Temp Staff Solution, Inc.<br>5900 S. Eastern Ave. #184<br>Commerce, CA 90040<br>Telephone: (323) 516-6510 | Counsel for Temp Staff Solution, Inc.<br>Mark M. Sharf<br>Merritt, Hagen & Shart, LLP<br>5950 Canoga Ave, #400<br>Woodland Hills, CA 91367<br>Telephone: (818) 788-4800<br>E-mail: mark@sharflaw.com |

///

///

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Blvd, Suite 1850, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Appointment and Appointment of Committee of Creditors Holding Unsecured Claims** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/10/15, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On 12/10/15, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/10/15, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/10/15 | Sonny Flores | *(signed)* |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   | Name | Email Address |
   |---|---|
   | •Brad D Krasnoff (TR) | jmcdaniel@dgdk.com, bkrasnoff@ecf.epiqsystems.com |
   | •Dare Law | dare.law@usdoj.gov |
   | •Ron Maroko | ron.maroko@usdoj.gov |
   | •Deondra Moore | dcherokeemoore@gmail.com |
   | •Avi Schild | bk@atlasacq.com |
   | • United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

   *SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

   **Debtor**
   Sabor Hispano LLC
   4755 E. 49th St.
   Los Angeles, Ca 90058

   **Unsecured Creditor's Committee**

   State Fish Co., Inc.
   c/o R. Todd Neilson, Chapter 11 Trustee
   2049 Century Park East, #2525
   Los Angeles, CA 90067

   Counsel for Creditor R. Todd Neilson
   Klee Tuchin, Bogdanoff Aid Stern, LLP
   Attn: Jonathan M. Weiss
   1999 Avenue of the Stars, 39th Floor
   Los Angeles, CA 90067

   AMZ Packaging, Inc.
   Attn: Arthur Shapiro
   P.O. Box 58172
   Vernon, CA 90058

   Sergio Noches, President
   Temp Staff Solutions, Inc.
   5900 S. Eastern Ave, #184
   Commerce, CA 90040

   Counsel for Temp Staff Solutions, Inc.
   Mark M. Sharf
   Merritt, Hagen & Shart, LLP
   5950 Canoga Ave. #400
   Woodland Hills, CA 91367

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

3. **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

Judge's Copy
Honorable Thomas B. Donovan
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA  90012
Attn: Mail Room Clerk-Judges Copies

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE